09/25/2003 THU 09:51 FAX                                                      ⌐002/013

CAHILL & GOETSCH, P.C.
ATTORNEYS AT LAW

SCOTT E. PERRY

43 Trumbull Street
New Haven, Connecticut 06511

(203) 777-1000
Fax: (203) 865-5904

September 25, 2003

**Via Fax and U.S. Mail**

Anthony D. Sutton, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, Connecticut 06905

Lori A. McCarthy, Esq.
Flynn & Associates, P.C.
189 State Street, 6th Floor
Boston, Massachusetts 02109

RE:   _Supplemental Disclosure Re:  Henry Mackey vs. Metro-North, et al._

Dear Counsel:

        Enclosed please find plaintiff's supplemental 26(a) disclosure for the above-entitled-matter.

                                Sincerely,

                                Scott E. Perry

SEP:md
Enclosures

09/25/2003 THU 09:51 FAX                                                                      @003/013

Metro-North Railroad
420 Lexington Avenue, 22nd Floor
New York, NY 10017

# MEDICAL EVALUATION RESULTS

Print Employee Name: *Henry Mackey*                    Employee Number: *706741*

Your medical evaluation in this department revealed the following:

_____

_____

[ ]    The above <u>does not disqualify</u> you from duty; however, a checkup as soon as possible with
       your family physician is advised to ensure good health maintenance.

[ ]    The above barely meets the medical standards for your position. Though not disqualified <u>at</u>
       <u>this time</u>, it is absolutely required that you contact your_____
       at once regarding the above for examination and treatment, and return to this department by
       _____ for a recheck examination, bearing with you written certification from
       your physician ensuring your continued qualification.

[ ]    The above <u>does not meet</u> the medical standards required for your position. You are
       accordingly <u>restricted</u> to _____
       and ... ised to consult your personal physician at once for necessary diagnosis and treatment.
       A copy of the MD40 relative to your restriction will be sent to your supervisor.

[X]    The above <u>does not meet</u> the medical standards required for your position. You are
       accordingly <u>disqualified from duty</u> and advised to consult *ENT / Audiologist*
       at once for necessary diagnosis and treatment to ensure, hopefully, an early return to
       satisfactory health and resumption of your duties. As soon as the above condition(s) have
       been corrected or controlled to a point in the opinion of your treating physician, you should
       contact your department for a return to duty evaluation. A copy of the MD-40 relative to
       your disqualification will be sent to your supervisor. Please contact the Personnel
       Department for guidance with respect to employment rights or benefits you may have. (i.e.,
       HMO or Indemnity Plan)

You are advised that all expenses incurred by you in regard to your health care provider, examination and
treatment are on a personal basis and cannot be assumed by this Company.

_____

*The medical information on this form has been explained to me and I understand that failure to comply
with these recommendations may be harmful to my health and may affect my employability. I have
received a copy of this form.*

X *Henry Mackey*                                        _____
Signature of Employee                                   Date

_____                                 *12/8/99*
Signature of Practitioner                               Date

*Forms\MD3  3/98*                          EMPLOYEE

09/25/2003 THU 09:52 FAX                                                      ☒004/013

**Ⓜ Metro-North Railroad**

Medical Department
420 Lexington Avenue/22nd Floor                1997 DEC -8 AM  **REQUEST FOR MEDICAL SERVIC**
New York, NY 10017
Tele: (212) 499-4720 Fax: (212) 499-4740

All examinations and visits are performed by appointment. Please schedule by telephone with the Medical Department and
enter the time and date below. Emergency problems will be accommodated immediately by calling for an appointment duri
working hours (8:00 a.m. - 4:30 p.m.) For examinations: if you wear corrective glasses or a hearing device, please have
them with you. If you wear contact lenses, please be prepared to remove them.

### TO BE COMPLETED BY SUPERVISOR. PLEASE TYPE OR PRINT USING A BALL POINT PEN.

| | | Appointment (Date & Tin |
|---|---|---|
| Name    (Last,    First,    Middle)  MACKEY  HENRY  T. | | 12-8-99  11:00 |
| Home Address, City, State, Zip Code  40 FAUCETT ST, GLEN BROOK, CT. 06906 | | Home Telephone #  203-348-058 |
| Employee #  702741 | SS #  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    Date of Birth  1 / 2 / 41  Month  Day  Year | Occupation  TRAINMAN |
| Immediate Supervisor Name and Title (Print)  C. DONALDSON,  SUPT. | Department  TRANSP. | |
| Supervisor's Signature | Supervisor's Mailing Address  C HALL 6-CT | Supervisor's Telephone  4929 |

| REASON FOR VISIT | | |
|---|---|---|
| Check Type of Examination Requested or Describe Under Other. | ☐ Pre-Placement Exam  ☑ Periodic:  Type  3 YEAR  ☐ Return from Furlough  ☐ Change of Craft to: _____  ☐ Injury Visit, Date of Injury _____  ☐ Accident Report Filed | ☐ Return to Duty  ☐ Evaluation  ☐ Waiver  ☐ Other |

Remarks

### TO BE COMPLETED BY HEALTH CARE PROFESSIONAL

| REPORT OF VISIT | ☐ Occupational  ☐ Non-Occupational  ☐ Pending Review and Determination | Visit  Visit | Revisit  Revisit  (Circle One)  (Circle One) | ☐ Follow-Up Visit |
|---|---|---|---|---|
| | Full Duty     Restricted Duty | | Effective Date  12/8/99 | .Date  ASAP |
| ☐ Qualified  ☑ Not Qualified | ✗ ✗ | | | Time |

### COMMENTS AND RESTRICTIONS

MUST WEAR:  ☐ Corrective Lenses
                        ☐ Hearing Aid
OTHER       ☐ Specify _____

                    ☐ See MD2 for additional information

If you have any questions, please contact: _____                     Telephone #  4734

Examiner's Name (Print)  Ingrid Vucci                                 Date  12 / 8 / 99
                                                                            Month  Day

Examiner's Signature _____

AMBCO 2500        Serial# 2530
Calibration Date 04/22/99 by:manny.
Calibration Due Date 04/21/00
Test :002        Date 12/08/99        Time 11:08
SS#  000000000    Job ID:B047

Patient *Henry Mackay*

| Frequency | Left | Right |
|-----------|------|-------|
| 1000 Validity |  | 30 |
| 500 Hz | 15 | 30 |
| 1000 Hz | 10 | 30 |
| 2000 Hz | 45 | 40 |
| 3000 Hz | 60 | 60 |
| 4000 Hz | 70 | 70 |
| 6000 Hz | 80 | 75 |
| 8000 Hz | 60 | 70 |

Examiner *Vorgi*

—MBCO 2500    Serial# 2565
Calibration Date 05/13/95 by:manny.
Calibration Due Date 05/02/97
Test :001    Date 01/22/97    Time 18:19
SS#  702741000    Job ID:2565

Patient *MACKEY-H*

| Frequency | Left | Right |
|-----------|------|-------|
| 1000 Validity |  | 20 |
| 500 Hz | 15 | 20 |
| 1000 Hz | 15 | 20 |
| 2000 Hz | 35 | 25 |
| 3000 Hz | 55 | 55 |
| 4000 Hz | 65 | 55 |
| 6000 Hz | 60 | 70 |
| 8000 Hz | 65 | 70 |

Examiner *Abrand NP*
*Henry Mackay*

METRO-NORTH COMMUTER RAILROAD

MEDICAL GUIDELINES FOR

CONDUCTOR/ASSISTANT CONDUCTOR

PREPARED BY:

LANDY JACOBS AND ASSOCIATES, INC.
300 SOUTH BURROWES STREET
STATE COLLEGE, PA 16801

OCTOBER 1992

Diastolic pressure of > 115 is potentially disqualifying and the individual should be referred for treatment since this is a potentially correctable condition.

D.  Systolic blood pressure of < 140 is acceptable. Systolic pressure which is repeatedly in the 140-170 range should be evaluated further and requires treatment and monitoring to determine whether adequate control has been attained. Systolic pressure of > 170 is temporarily potentially disqualifying and the individual should be referred for treatment.

## 7.  EARS AND HEARING

A.  Hearing is required in the better ear of not worse than 30 dB HL at 0.5, 1.0, 2.0, and 3.0 kHz without the use of a hearing aid. This is a minimal safety requirement in terms of the ability to hear and understand normal conversation, safety indicators, and respond to emergencies.

B.  Vestibular disturbances are potentially disqualifying pending further evaluation.

## 8.  EYES AND VISION

A.  Vision standards required for conductor are identical with the Federal Railroad Administration standards for locomotive engineers (49CFR, Part 240). The near visual acuity standards are consistent with visual tasks such as reading tickets and duplexes as part of collecting and keeping track of fares.

B.  Near visual acuity in each eye of at least 20/40 Snellen with or without corrective lenses is required.

C.  Distant visual acuity of at least 20/40 Snellen in each eye without corrective lenses or distant visual acuity separately corrected to at least 20/40 Snellen with corrective lenses and distant binocular acuity of at least 20/40 in both eyes with or without corrective lenses is required.

D.  Field of vision of at least 70 degrees in the horizontal meridian in each eye is required.

E.  Contact lenses may be worn.

12

# TRI COUNTY EAR, NOSE & THROAT, P.C.
## PHILIP G. LIU, M.D., F.A.C.S., F.A.O.H.N.S.

650 PARK STREET
HONESDALE, PENNSYLVANIA 18431
TELEPHONE (570) 253-0202
FAX (570) 253-7924

WESTFALL MEDIPLEX BLDG.
184 ROUTE 6 AND 209
MILFORD, PENNSYLVANIA 18337
TELEPHONE (570) 491-5255
FAX (570) 491-2828

October 23, 2002

RE: HENRY MACKEY

Mr. Cahill
43 Trumbull St.
New Haven, CT 06511

Dear Mr. Cahill:

Enclosed please find my report of Mr. Mackey.

Thank you.

Sincerely Yours,


Philip G. Liu, M.D., F. A. C. S.
PGL:md
Dictated but not read.

October 23, 2002

RE: Henry Mackey

This is a 61-year-old gentleman, ex-Metro North Railroad worker with a history of progressive hearing loss over the years. He comes here for opinion with regard to the etiology of his hearing. The patient denies any significant ear infections, previous ear surgeries, trauma, exposure to ototoxic drugs or relatives with early hearing loss. He has been exposed to noise for over 30 years without protection. There is some tinnitus. He denies vertigo. He denies any other ear, nose and throat complaints. He is a one pack per day smoker over 40 years. He denies alcohol use. He has mild asthma, treated with Alupent as necessary. He denies cardiovascular disease, high cholesterol, thyroid dysfunction and diabetes.

Examination today shows the tympanic membranes with sclerotic changes on the right side without significant retraction. Impedance testing is within normal limits. Audiogram shows sensorineural hearing loss with threshold in the 50s, going down to 90 at 4000 Hz and slightly improving to 85 dB threshold on both sides. Discrimination is 96% at 85 dB.

The nasal examination shows the septum to be fairly straight. The middle turbinate uncinate process area shows minimal edema. Oral cavity, no lesions seen. The base of tongue is unremarkable. The neck examination shows no masses.

Impression:
1. Sensorineural hearing loss secondary to noise exposure, as well as presbycusis. There is configuration of hearing loss showing maximal loss at 4000 Hz and the history of exposure to loud noise for so many years. Noise trauma most likely is a significant factor contributing to patient's current hearing level.

Plan:
1. Aural amplification.
2. Minimize noise exposure.
3. Re-evaluate again in a year.


Philip G. Liu, M.D., F. A. C. S.
PGL:md
Dictated but not read.



# HEARING AID CENTER

**29 HOYT STREET**
**STAMFORD, CT 06905**
Phone (203) 348-2271 - Fax (203) 324-0723

*David H. Ogilvy*
*Hearing Instrument Specialist*
*Leslie Hughes Ogilvy*
*Hearing Instrument Specialist*

**4270 MAIN STREET**
**BRIDGEPORT, CT 06606**
(203) 374-8900

*Peter G. Ogilvy, M.S., CCC/A*
*Clinical Audiologist*
*Stephen H. Ogilvy*
*Hearing Instrument Specialist*

December 13, 1999

Mr. Henry Mackey
100 D. Blachley Road
Stamford, CT

To Whom it may concern:

Today, December 13.1999, I tested Mr. Mackey for Audiometric Evaluation. Mr. Mackey presents with "hearing problems" and is not able to return to work due to failing a hearing test previously. As you requested, I am sending this letter to provide written follow up of my findings and recommendations.

I tested Mr. Mackey's hearing using a variety of audiometric tests. Initial otoscopic inspection of the outer ear canals showed a minimal amount of wax present and no appearance of any blockage. Both ear drums appeared normal as well. Audiometric evaluation indicates a normal to slight hearing loss in both ears in the low frequencies, dropping to a moderate loss at 2000 hertz and severe in the high frequencies, again bilaterally. Also, the tests would indicate the hearing loss is due to inner ear nerve damage, typically associated with noise as their is a slight correction or notch at 8000 hertz. There appears no indication that the hearing loss would be medically or surgically correctable.

Word recognition testing in quiet showed good speech understand in both ears (84% word recognition in each ear, tested separately, with amplification), with good results achieved when both ears received amplification simultaneously (88% word recognition). Speech testing also showed an increased sensitivity to loud sounds bilaterally; something to keep in mind when providing amplification (i.e. not over-amplifying loud sounds).

*Over 80 Years of Caring For Your Hearing*

Mr. Mackey
December 13, 1999
Page Two

My recommendation would be to fit Mr. Mackey binaurally - with two "Completely in the canal" hearing instruments (these would fit in your ear canal - not the "Behind the Ear" models). In addition, the choice of technology I would like you to consider is one with compression characteristics that don't amplify loud sounds as much as soft sounds.

Phonak makes such a hearing instrument with the astro circuit. These units cost $2200.00 each or $4,400.00 for the set of two which will also minimize wind noise when on the job and benefit for directionality in noise.

All of our hearing aids come with a 30 day trial period. And a one year warrantee.

Please call me if you have any questions or need further clarification. I look forward to speaking with you soon.

Sincerely,

David H. Ogilvy BC- HIS
Board Certified in Hearing Instrument Sciences

Enclosures

09/25/2003 THU 09:54 FAX    @012/013

29 Hoyt St.
Stamford Ct. 06905

348-2271

# AUDIOMETRIC CASE HISTORY AND TESTS

NAME _Mackey, Henry_ AGE _1/21/4_ BY _David Ogilvy_

ADDRESS _100 D. Blachley Rd Stamford st_ PHONE _203-348-8_ DATE _12/13/89_

MARITAL STATUS _M_ OCCUPATION _Railroad Conductor_ NUMBER OF YEARS TROUBLED BY HEARING PROBLEM _Several_

CLIENTS OPINION AS TO CAUSE OF DEAFNESS _Working at Railroad_

HEAR BETTER IN QUIET OR NOISY PLACE_____ HEAR WELL ON TELEPHONE_____

DO YOU WEAR A HEARING AID_____ MAKE_____ HOW LONG_____ GENERAL HEALTH_____

PREVIOUS TEST?_____ WHEN:_____ BY:_____ RECOMMENDED BY:_____

WILL YOU WEAR A HEARING AID IF IT HELPS? YES___ NO___ HAVE YOU SEEN A DOCTOR ABOUT YOUR HEARING? YES___ NO___

NOTE: Eight warning signs indicating the need for medical referral

a. Deformity of the ear
b. Drainage (90 days)
c. Sudden or progressive hearing loss
d. Acute or chronic dizziness
e. Pain or discomfort in the ear

f. Unilateral hearing loss, sudden or recent onset (90 days)
g. Air bone gap greater than 15 dB at 500 Hz, 1000 Hz, and 2000 Hz
h. Cerumen accumulation or foreign body in ear canal.

☐ None present

LISTENING DIFFICULT IN:

| | Yes | No |
|---|---|---|
| Social | | |
| Work | | |
| Lectures | | |
| Church | | |
| Movies | | |
| Meetings | | |
| Shopping | | |
| Strain to hear | | |

SYMBOL LEGEND

| EAR | COLOR | AIR | BONE |
|---|---|---|---|
| RIGHT | RED | O | [ |
| LEFT | BLUE | X | ] |

PURE TONE TESTS (ANSI 1989) HEARING THRESHOLD LEVEL IN DECIBEL

CRITICAL SPEECH AREA

N

## SPEECH TESTS

| | SPEECH RECEIVER THRESHOLD SAT | MOST COMFORTABLE LEVEL MCL | UM COMFORTABLE LEVEL UCL | RESPONSE SLOPE/ PB-90 TEST | |
|---|---|---|---|---|---|
| LEFT | 30 dB | 65 dB | 85 dB | 65 | 88 % |
| RIGHT | 35 dB | 65 dB | 95 dB | 65 | 100 % |
| BINAURAL | dB | dB | dB | 60 | 94 % |
| UNAIDED SOUND FIELD | dB | dB | dB | | % |
| AIDED SOUND FIELD | dB | dB | dB | | % |

EAR FITTED _____    MODEL _____

RECEIVER MODEL _____    SERIAL NUMBER _____

## HEARING AID SPECIFICATIONS

| EAR | Response | Acoustic Gain Req'd at Comfortable Level | Sound Pressure at Uncomfortable Level |
|---|---|---|---|
| Left | No. | dB | dB |
| Right | No. | dB | dB |

## SOUND MONITOR READINGS

SCALE USED:
(Circle) A B C L*

| | | |
|---|---|---|
| | 1. _____ | dB |
| Level | 2. _____ | dB |
| in | 3. _____ | dB |
| SPL | 4. _____ | dB |
| *HEAR SCALE | | |

Remarks: _Both ears plena + drums appear normal Okay for tests_

AA Hearing Aid Center

# Invoice

29 Hoyt Street
Stamford, CT 06905

| DATE | INVOICE # |
|------|-----------|
| 12/13/99 | 883 |

| BILL TO |
|---------|
| Mackey, Henry |
| 100-D Blachley Rd. |
| Stamford, CT 06902 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| 12/13/99 - 2 PHONAK ASTRO CIC'S WITH 1-YEAR WARRANTY @ $2,200.00 EACH | 4,400.00 |

*pd VISA 12/13/99*

| | Total | $4,400.00 |

## CAHILL & GOETSCH, P.C.
### Attorneys At Law

George J. Cahill, Jr.
Charles C. Goetsch
Scott E. Perry

43 Trumbull Street
New Haven, CT 06511
Phone: 203-777-1000
Fax: 203-865-5904

### *FAX COVER MEMO*

| | |
|---|---|
| **TO:** | Lori A. McCarthy |
| **FAX NUMBER:** | 617-722-8254 |
| **FROM:** | Scott E. Perry |
| **TELEPHONE** | 203-777-1000 |
| **DATE:** | September 25, 2003 |
| **RE:** | *Henry Mackey vs. Metro-North, et al.* |

_____12_____ **Pages to Follow**

**MESSAGE:**

*The information contained in this facsimile is confidential and privileged, and is intended only for the use of the named receiver. If you are not the named receiver or the person responsible for delivering this facsimile to the named receiver, you are notified that any use of this fax or its contents, including any dissemination or copying, is strictly prohibited. If you have received this facsimile in error, please immediately notify Cahill & Goetsch by telephone at 203-777-1000, and return the original to us at the New Haven address via first class mail.*

# CAHILL & GOETSCH, P.C.
### ATTORNEYS AT LAW

SCOTT E. PERRY

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
FAX (203) 865-5904

October 28, 2003

*__Via Fax__*

Anthony D. Sutton, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, Connecticut 06905

Lori A. McCarthy, Esq.
Flynn & Associates, P.C.
189 State Street, 6th Floor
Boston, Massachusetts 02109

RE:    *Louis Murray*
       *Timothy Strand*
       *Charles Kane*
       *Karl Kautz*
       *Millard Sullivan*

Dear Counsel:

Enclosed are the following:

1. An April 18, 2001 Metro-North Hearing Test Notification Report received by Louis Murray;

2. A May 21, 2001 Metro-North Hearing Test Notification Report received by Timothy Strand;

3. A May 23, 2001 Metro-North Hearing Test Notification Report received by Charles Kane;

4. An April 17, 2001 Metro-North Hearing Test Notification Report received by Karl Kautz; and

Anthony D. Sutton, Esq.
Lori A. McCarthy, Esq.
October 28, 2003
Page 2

    5.  An April 11, 2001 Metro-North Hearing Test Notification Report; June 13, 2001 Hearing Test Result; February 8, 1995 Hearing Test Result; October 1, 1999 Hearing Test Result; May 1, 1997 Hearing Test Result; November 19, 1992 Hearing Test Result - obtained by Millard Sullivan.

                    Sincerely,

                    Scott E. Perry

SEP:md
Enclosures

2

HESc
# HEARING TEST NOTIFICATION REPORT

| | | |
|---|---|---|
| Co.: METRO-NORTH RAILROAD | Co. Code: MTR  Plant: NORTH WHITE | Plant Code: N03  Test Date: 04/18/01 |
| Name: LOUIS MURRAY | SSN: 687624000 | Sex: M  Test Time: 08:20 |
| Dept: T&S - T&S | ID#: 687624 | Shift:  Birth Date: 06/28/41 |
| Job: BOOM TRUCK | State: NY  Current Test dBA TWA: | Hire Date: 07/08/68 |

| | Right Ear | Left Ear |
|---|---|---|
| Results of looking in your ears with an otoscope (earlight): | No Apparent Problem | No Apparent Proble. |
| | | |
| Hearing Status for high pitch sounds (3k,4k,6k): (whistles; birds; turn signals; some speech sounds) | Moderate | Moderate |
| Hearing Status for speech range (500,1k,2k,3k): (most voices; most everyday sounds) | Some | Some |
| Change in hearing from baseline test. STS (2k, 3k, 4k) - With Age Adjustment: | No | No |
| This was your baseline test so no comparison was made | | |
| 25dB Shift With Age Adjustment: (2k, 3k, 4k) | No | No |

## IT IS EXTREMELY IMPORTANT THAT YOU ALWAYS WEAR HEARING PROTECTION WHENEVER YOU ARE EXPOSED TO LOUD NOISE, BOTH ON AND OFF THE JOB.

### Graph of Hearing Test Results (Audiogram)



Audiometer, Make: MONITOR - MI5000       Serial No.: 50490       Annual Calibration Date: 04/27/00
Tester: Van 0008 / Tech: PETER GUERRIERI / Cert. # 38200

1._____ I have been trained in 1) The effects of noise on hearing; 2) purpose of the hearing test; and 3) purpose of hearing protectors,
    type available, attenuation and their fit and care.

2._____ I have been trained and fitted with hearing protectors._____ Demo Only

3._____ I have received a copy of this report.

_Louis Murray_                                           _1/30/01_
Employee Signature                                       Date

HESc Preventive Service Division

Exemplar International

# HEARING TEST NOTIFICATION REPORT

| | | | |
|---|---|---|---|
| Co: METRO-NORTH RAILROAD | Co Code: MTR | Plant: METRO-NORTH | Plant Code: N01 | Test Date: 05/21/01 |
| Name: TIMOTHY STRAND | | SSN: 103776000 | Sex: M | Test Time: 15:05 |
| Dept: CROT - CROTON-ON-HUDSON | | ID#: | Shift: | Birth Date: 08/08/57 |
| Job: | State: NY | Current Test dBA TWA: | | Hire Date: 09/29/75 |

|  | Right Ear | Left Ear |
|---|---|---|
| Results of looking in your ears with an otoscope (earlight): | No Apparent Problem | No Apparent Problem |

| | Right Ear | Left Ear |
|---|---|---|
| Hearing Status for high pitch sounds (3k,4k,6k): *(whistles; birds; turn signals; some speech sounds)* | Moderate | Moderate |
| Hearing Status for speech range (500,1k,2k,3k): *(most voices; most everyday sounds)* | Some | Normal |
| Change in hearing from baseline test. STS (2k, 3k, 4k) - With Age Adjustment: | No | No |
| *This was your baseline test so no comparison was made* | | |
| 25dB Shift With Age Adjustment: (2k, 3k, 4k) | No | No |

## IT IS EXTREMELY IMPORTANT THAT YOU ALWAYS WEAR HEARING PROTECTION WHENEVER YOU ARE EXPOSED TO LOUD NOISE, BOTH ON AND OFF THE JOB.

### Graph of Hearing Test Results (Audiogram)



| | | | | | | |
|---|---|---|---|---|---|---|
| Baseline | 00 | 10 | 05 | 55 | 55 | 70 | UK |
| Left Baseline | 05 | 05 | 05 | 35 | 55 | 35 | UK |

Base 05/21/01      Base 05/21/01

Audiometer. Make: MONITOR - MI5000          Serial No.: 30582        Annual Calibration Date: 06/26/00
Tester: Van 0008 / Tech: NOEL RODRIGUEZ / Cert. # 62754

1 _____ I have been trained in 1) The effects of noise on hearing; 2) purpose of the hearing test; and 3) purpose of hearing protectors, type available, attenuation and their fit and care.

_____ I have been trained and fitted with hearing protectors. _____ Demo Only

3 _____ I have received a copy of this report.

_____                    _____
Employee Signature                                Date

*HESc Preventive Services Division*

Exemplar International

# HEARING TEST NOTIFICATION REPORT

Co.: METRO-NORTH RAILROAD
Name: CHARLES KANE
Dept: CROT - CROTON-ON-HUDSON
Job:

Co. Code: MTR    Plant: METRO-NORTH    Plant Code: N01    Test Date: 05/23/01
                 SSN: 101482000                Sex: M        Test Time: 10:02
                 ID#:                          Shift:         Birth Date: 07/27/50
State: NY        Current Test dBA TWA:                        Hire Date: 02/10/71

|  | Right Ear | Left Ear |
|---|---|---|
| Results of looking in your ears with an otoscope (earlight): | No Apparent Problem | No Apparent Problem |
| Hearing Status for high pitch sounds (3k,4k,6k): (whistles; birds; turn signals; some speech sounds) | Moderate | Moderate |
| Hearing Status for speech range (500,1k,2k,3k): (most voices; most everyday sounds) | Normal | Some |
| Change in hearing from baseline test, STS (2k, 3k, 4k) - With Age Adjustment: | No | No |
| This was your baseline test so no comparison was made | | |
| 25dB Shift With Age Adjustment: (2k, 3k, 4k) | No | No |

## IT IS EXTREMELY IMPORTANT THAT YOU ALWAYS WEAR HEARING PROTECTION WHENEVER YOU ARE EXPOSED TO LOUD NOISE, BOTH ON AND OFF THE JOB.

### Graph of Hearing Test Results (Audiogram)



Audiometer: Make: MONITOR - MI5000        Serial No.: 20962        Annual Calibration Date: 09/16/00
Tester: Van 0006 / Tech: NOEL RODRIGUEZ / Cert. # 62754

1. _____ I have been trained in 1) The effects of noise on hearing; 2) purpose of the hearing test; and 3) purpose of hearing protectors, type available, attenuation and their fit and care.

2. _____ I have been trained and fitted with hearing protectors. _____ Demo Only

3. _____ I have received a copy of this report.

_____                    _____
Employee Signature                                  Date

HESc Preventive Services Division

HESc

# HEARING TEST NOTIFICATION REPORT

| | | | |
|---|---|---|---|
| Co.: METRO-NORTH RAILROAD | Co. Code: MTR | Plant: NORTH WHITE | Plant Code: N03 | Test Date: 04/17/01 |
| Name: KARL KAUTZ | | SSN: 895362000 | Sex: M | Test Time: 10:29 |
| Dept: C&S - C&S | | ID#: 895362 | Shift: 1 | Birth Date: 05/02/56 |
| Job: SIGNAL MAINTAINER | State: NY | Current Test dBA TWA: | | Hire Date: 04/26/76 |

|  | Right Ear | Left Ear |
|---|---|---|
| Results of looking in your ears with an otoscope (earlight): | No Apparent Problem | No Apparent Pn |
| Hearing Status for high pitch sounds (3k,4k,6k): *(whistles; birds; turn signals; some speech sounds)* | Moderate | Moderate |
| Hearing Status for speech range (500,1k,2k,3k): *(most voices; most everyday sounds)* | Normal | Some |
| Change in hearing from baseline test. STS (2k, 3k, 4k) - With Age Adjustment: *This was your baseline test so no comparison was made* | No | No |
| 25dB Shift With Age Adjustment: (2k, 3k, 4k) | No | No |

## IT IS EXTREMELY IMPORTANT THAT YOU ALWAYS WEAR HEARING PROTECTION WHENEVER YOU ARE EXPOSED TO LOUD NOISE, BOTH ON AND OFF THE JOB.

### Graph of Hearing Test Results (Audiogram)



| | |
|---|---|
| Audiometer Make: MONITOR - MI5000 | Serial No.: 20962 | Annual Calibration Date: 09/16/00 |
| Tester: Van 3820 / Tech: PETER GUERRIERI / Cert. # 38200 | | |

1. _____ I have been trained in 1) The effects of noise on hearing; 2) purpose of the hearing test; and 3) purpose of hearing protection, type available, attenuation and their fit and care.

2. _____ I have been trained and fitted with hearing protectors. _____ Demo Only

3. _____ I have received a copy of this report.

_____                    _____
Employee Signature                                              Date

*HESc Preventive Services Division*

HESc

# HEARING TEST NOTIFICATION REPORT

~o.: **METRO NORTH RAILROAD**　　　Co. Code: **MTR**　Plant: **NEW HAVEN/BR**　Plant Code: **N05**　Test Date: **04/11/01**
ame: **MILLARD SULLIVAN**　　　　　　　　　SSN: **102311000**　　Sex: **M**　　　　Test Time: **08:46**
Dept: **MOW  - MOW**　　　　　　　　　　　　ID#:  **102311**　　　Shift: **1**　　　Birth Date: **02/07/49**
Job:　**TRACK FOREMAN**　　　　　State: **CT**　Current Test dBA TWA:  .　　　　　　　Hire Date: **05/10/73**

|  | Right Ear | Left Ear |
|---|---|---|
| Results of looking in your ears with an otoscope (earlight): | *No Apparent Problem* | *No Apparent Problem* |
| Hearing Status for high pitch sounds (3k,4k,6k): *(whistles; birds; turn signals; some speech sounds)* | *Mild* | *Moderate* |
| Hearing Status for speech range (500,1k,2k,3k): *(most voices; most everyday sounds)* | *Normal* | *Some* |
| Change in hearing from baseline test STS (2k, 3k, 4k) - With Age Adjustment: | *No* | *Yes* |

*Your test results show a change since your baseline test. This is called a Standard Threshold Shift.*
*There can be many reasons for a change in hearing, including medication, test problems, exposure to*
*noise while not wearing hearing protection, or ear problems such as wax or infection.*

| | | |
|---|---|---|
| **25dB Shift With Age Adjustment:  (2k, 3k, 4k)** | *No* | *No* |

## IT IS EXTREMELY IMPORTANT THAT YOU ALWAYS WEAR HEARING PROTECTION WHENEVER YOU ARE EXPOSED TO LOUD NOISE, BOTH ON AND OFF THE JOB.

### Graph of Hearing Test Results (Audiogram)



|  | Right Ear | | | | | | Left Ear | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Baseline | 05 | 10 | 06 | 05 | 15 | 15 | 20 | Baseline | 15 | 05 | 10 | 20 | 15 | 15 | 15 |
| Current Test | 10 | 10 | 05 | 15 | 40 | 45 | UK | Current Test | 15 | 10 | 05 | 40 | 55 | 50 | UK |

● Current 04/11/01  ◇ Base 11/19/92

Audiometer: Make: MONITOR - MI5000　　　Serial No.: 50490　　　Annual Calibration Date: 04/27/00
Tester: Ven 0008 / Tech: PETER GUERRIERI / Cert. # 38200

1._____  I have been trained in 1) The effects of noise on hearing; 2) purpose of the hearing test; and 3) purpose of hearing protectors, type available, attenuation and their fit and care.

2._____  I have been trained and fitted with hearing protectors. _____ Demo Only

3._____  I have received a copy of this report.

*HESc Preventive Services Division*

AMBCO 2500        Serial# 2530
Calibration Date 05/10/01 by:manny:
Calibration Due Date 05/10/02
Test :002        Date 06/13/01        Time 11:21
SS# 000000000        Job ID:A047

Patient Millard Sullivan

| Frequency | Left | Right |
|-----------|------|-------|
| 1000 Validity | | |
| 500 Hz | | 00 |
| 1000 Hz | 10 | 05 |
| 2000 Hz | 05 | 05 |
| 3000 Hz | 05 | 00 |
| 4000 Hz | 35 | 20 |
| 6000 Hz | 55 | 40 |
| 8000 Hz | 75 | 60 |
| | 70 | 55 |

Examiner

AMBCO 2500        Serial# 2530
Calibration Date 05/10/01 by:manny:
Calibration Due Date 05/10/02
Test :002        Date 06/13/01        Time 11:21
SS# 000000000        Job ID:A047

Patient Millard Sullivan

| Frequency | Left | Right |
|-----------|------|-------|
| 1000 Validity | | |
| 500 Hz | 10 | 05 |
| 1000 Hz | 05 | 05 |
| 2000 Hz | 05 | 00 |
| 3000 Hz | 35 | 20 |
| 4000 Hz | 55 | 40 |
| 6000 Hz | 75 | 60 |
| 8000 Hz | 70 | 55 |

Examiner

TEST RESULTS

TEST BASE SHIFT

| KHZ | L | R | L | R | L | R | 2-8-95 |
|-----|---|---|---|---|---|---|--------|
| .5 | 05 | 10 | | | | | |
| 1 | 00 | 05 | | | | | |
| 2 | 15 | 00 | | | | | |
| 3 | 20 | 10 | | | | | |
| 4 | 20 | 30 | | | | | |
| 6 | 30 | 25 | | | | | |
| 8 | 30 | 15 | | | | | |

Sullivan, Millard J

102311

THRESHOLD AVERAGES

| | LEFT | RIGHT |
|---|------|-------|
| .5-1-2K | 7 | 5 |
| 1-2-3K | 12 | 5 |
| 2-3-4K | 18 | 13 |
| 3-4-6K | 23 | 22 |
| 4-6-8K | 27 | 23 |
| .5-1-2-3K | 10 | 6 |

AUDIOGRAM

| | 00 | 20 | 40 | 60 | 80 |
|---|----|----|----|----|----|
| 8K | O | X | | | |
| 6K | | O | | | |
| | | X | | | |
| 4K | | O | | | |
| 3K | O | X | | | |
| | | X | | | |
| 2K | O | X | | | |
| 1K | O | | | | |
| | X | | | | |
| .5 | O | | | | |
| | X | | | | |

00  20  40  60  80

LEFT-X    RIGHT-O

MAICO MA728 SN 31686
CALIBRATED 3-94
CAL DUE 03-01-95
ANSI S3.6-1969/R1973

EXAMINER

AMBCO 2500    Serial# 2565
Calibration Date 04/22/99 by:manny.
Calibration Due Date 04/21/00
Test :002    Date 10/01/99    Time 11:16
SS# 000000000    Job ID:A047

Patient Sullivan, Millard

| Frequency | Left | Right |
|-----------|------|-------|
| 1000 Validity | | 05 |
| 500 Hz | 15 | 10 |
| 1000 Hz | 05 | 05 |
| 2000 Hz | 05 | 05 |
| 3000 Hz | 30 | 15 |
| 4000 Hz | 55 | 45 |
| 6000 Hz | 50 | 15 |
| 8000 Hz | 70 | 20 |

Examiner

Sullivan, Millard
102311

---

AMBCO 2500    Serial# 2565
Calibration Date 04/22/99 by:manny,
Calibration Due Date 04/21/00
Test :002    Date 10/01/99    Time 11:16
SS# 000000000    Job ID:A047

Patient Sullivan, Millard

| Frequency | Left | Right |
|-----------|------|-------|
| 1000 Validity | | 05 |
| 500 Hz | 15 | 10 |
| 1000 Hz | 05 | 05 |
| 2000 Hz | 05 | 05 |
| 3000 Hz | 30 | 15 |
| 4000 Hz | 55 | 45 |
| 6000 Hz | 50 | 15 |
| 8000 Hz | 70 | 20 |

Examiner

AMBCO 2500    Serial# 2565
Calibration Date 04/23/97 by:manny.
Calibration Due Date 04/23/98
Test :004    Date 05/01/97    Time 12:41
SS# 000000000    Job ID:2565

Patient *Sullivan, Millard M.J. Sullivan*

| Frequency Validity | Left | Right |
|---|---|---|
| 1000 Hz | | 10 |
| 500 Hz | 05 | 05 |
| 1000 Hz | 05 | 10 |
| 2000 Hz | 05 | 00 |
| 3000 Hz | 10 | 10 |
| 4000 Hz | 35 | 40 |
| 6000 Hz | 20 | 15 |
| 8000 Hz | 30 | 20 |

Examiner

---

AMBCO 2500    Serial# 2565
Calibration Date 04/23/97 by:manny.
Calibration Due Date 04/23/98
Test :004    Date 05/01/97    Time 12:41
SS# 000000000    Job ID:2565

Patient *Sullivan, Millard M.J. Sullivan*

| Frequency Validity | Left | Right |
|---|---|---|
| 1000 Hz | | 10 |
| 500 Hz | 05 | 05 |
| 1000 Hz | 05 | 10 |
| 2000 Hz | 05 | 00 |
| 3000 Hz | 10 | 10 |
| 4000 Hz | 35 | 40 |
| 6000 Hz | 20 | 15 |
| 8000 Hz | 30 | 20 |

Examiner

*Sullivan, Millard J*
*102311*

## TEST RESULTS

### TEST BASE SHIFT

| KHZ | L | R | L | R | L | R |
|-----|---|---|---|---|---|---|
| .5 | 15 | 05 | | | | |
| 1 | 05 | 10 | | | | |
| 2 | 10 | 05 | | | | |
| 3 | 20 | 05 | | | | |
| 4 | 15 | 15 | | | | |
| 6 | 15 | 15 | | | | |
| 8 | 15 | 20 | | | | |

### THRESHOLD AVERAGES

| | LEFT | RIGHT |
|---|---|---|
| .5-1-2K | 10 | 7 |
| 1-2-3K | 12 | 7 |
| 2-3-4K | 15 | 8 |
| 3-4-6K | 17 | 12 |
| 4-6-8K | 15 | 17 |
| .5-1-2-3K | 13 | 6 |

ID# : 04842 1474

SUBJECT:

X...........................

DATE:11-19-92  11:12
BIRTH DATE: 02-07-49
TECH. ID: 11635......
JOB NO.: ...............

L 1K 40+30+20+10-15+
       05-10+00-05-10+
L .5K 20+10-15+05-10-
       15+
L 1K 25+15+05+00-05+
       00-05-10+00-05+
L 2K 15+05-10+00-05-
       10+
L 3K 20+10-15-20+10-
       15-20+
L 4K 30+20+10-15+05-
       10-15+
L 6K 25+15+05-10-15+
       05-10-15+
L 8K 25+15+05-10-15-
       20+10-15+05-10-
       15+
R .5K 25+15+05-10+00-
       05+00-05+
R 1K 15+05-10+00-05+
       00-05-10+
R 2K 20+10+00-05+00+
       00-05+
R 3K 15+05+00-05+00-
       05+
R 4K 15+05-10-15+05-
       10-15+
R 6K 25+15+05-10-15
       15+05-10-15+
R 8K 25+15+05-10-15-
       20+10-15+05-10-
       15-20+

### AUDIOGRAM

```
      00  20  40  60  80
      |   |   |   |   |
8K    0
         X
6K    0
         X
4K    0
         X
3K 0
       X
2K 0
     X
1K   0.
     X
.5 0
     X
      |   |   |   |   |
      00  20  40  60  80
```

LEFT-X    RIGHT-0

MAICO MA728 SN 31686
CALIBRATED 10-91
CAL. DUE 10-15-91
ANSI S3.6-1969,R1973

EXAMINER:

X..............................

## CAHILL & GOETSCH, P.C.
### Attorneys At Law

George J. Cahill, Jr.
Charles C. Goetsch
Scott E. Perry

43 Trumbull Street
New Haven, CT 06511
Phone: 203-777-1000
Fax: 203-865-5904

## _FAX COVER MEMO_

**TO:**               Lori A. McCarthy

**FAX NUMBER:**       617-722-8254

**FROM:**             Scott E. Perry

**TELEPHONE**         203-777-1000

**DATE:**             October 28, 2003

**RE:**               _Murray; Strand; Kane; Kautz; and Sullivan_

_____

_____ **12** _____ **Pages to Follow**

**MESSAGE:**

_The information contained in this facsimile is confidential and privileged, and is intended only for the use of the named receiver. If you are not the named receiver or the person responsible for delivering this facsimile to the named receiver, you are notified that any use of this fax or its contents, including any dissemination or copying, is strictly prohibited. If you have received this facsimile in error, please immediately notify Cahill & Goetsch by telephone at 203-777-1000, and return the original to us at the New Haven address via first class mail._