UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS L. INFANTINO | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CIVIL ACTION NO. 3:02 CV 2038 (WWE) |
| | : | |
| METRO-NORTH RAILROAD COMPANY, | : | |
| CONSOLIDATED RAIL CORPORATION | : | <u>FELA HEARING LOSS CASE - MAY BE</u> |
| and AMERICAN FINANCIAL GROUP, | : | <u>FILED IN NEW HAVEN AS ORDERED BY</u> |
| INC., f/k/a AMERICAN PREMIER | : | <u>MAGISTRATE JUDGE MARGOLIS</u> |
| UNDERWRITERS, INC., f/k/a PENN | : | |
| CENTRAL CORPORATION | : | |
| | : | NOVEMBER 5, 2004 |
| Defendants. | : | |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant, Metro-North Railroad Company.

Dated:  November 5, 2004

                                         Danielle DiBerardini-Albrecht, Esq.  (CT 26251)
                                         Ryan, Ryan, Johnson & Deluca, LLP
                                         80 Fourth Street, P.O. Box 3057
                                         Stamford, CT   06905
                                         Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Thomas L. Infantino

_____
Danielle DiBerardini-Albrecht, Esq.

I:\Procases\205.162\appear dda.wpd
205.162

- 2 -