UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INFANTINO, | : |
| | : |
| | :  No. 02CV2038 (WWE) |
| v. | : |
| | : |
| METRO NORTH. | : |

**PRETRIAL ORDER**

This case is scheduled to begin trial the week of June 26, 2006. Jury selection will occur on June 12, 2006. By May 1, 2006, each party shall exchange and file with the Court in **duplicate**, Trial Memoranda which shall contain the following information:

1) Brief summary of case

2) Proposed Voir Dire

3) List of Witnesses

4) List of Exhibits

5) Deposition designations and cross-designations.

6) Proposed **Jury instructions** and **Interrogatories** for Special Verdict forms **(with WordPerfect 10 disc)**.

Dated this March 7, 2006 at Bridgeport, Connecticut.

_____/s/_____
Warren W. Eginton
Senior U.S. District Judge