```
                    UNITED STATES DISTRICT COURT

                       DISTRICT  OF  CONNECTICUT
```

Thomas Infantino

V.                              Case Number:  3:02cv2038(WWE)

Metro-North RR Co


```
                         NOTICE  TO  COUNSEL
                         --------------------
```

The above-entitled case was reported to the Court on <u>April 28, 2006</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on May 28, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, April 28, 2006.


```
                         KEVIN F. ROWE, CLERK

                         By:/s/ _____
                              Rosalie A. Krajcik
                              Deputy Clerk
```